SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Daniel J. Friedman, et al,<br><br>    Defendants. | ) Case No. **2:12-cv-00253-MCE-KJN**<br>)<br>) **ORDER RE: REQUEST FOR DISMISSAL**<br>)<br>) **Dismissal of Defendant**<br>) **Mattingly Investments, Inc.**<br>) **Without Prejudice**<br>)<br>) Case to Remain Open as to<br>) Remaining Defendants<br>) |

   IT IS HEREBY ORDERED THAT Defendant, Mattingly Investments, Inc., is hereby dismissed Without Prejudice. This case is to remain open with respect to the remaining Defendants.

Dated:  March 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE