SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Daniel J. Friedman, et al,<br><br>         Defendants. | Case No. **2:12-cv-00253-MCE-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Mattingly Investments, Inc. Without Prejudice**<br><br>Case to Remain Open as to Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant, Mattingly Investments, Inc., is hereby dismissed Without Prejudice. This case is to remain open with respect to the remaining Defendants.

Dated:  March 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE