SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Daniel J. Friedman, Individually and dba Folsom Dam Auto Repair

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>       vs.<br><br>Daniel J. Friedman, Individually and dba Folsom Dam Auto Repair; Mattingly Investments, Inc.,<br><br>            Defendant.<br>_____ | Case No. **2:12-cv-00253-MCE-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 6, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Daniel J. Friedman, Individually and dba Folsom Dam Auto Repair, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. Defendants are granted an extension until April 6, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than April 6, 2012.

IT IS SO STIPULATED effective as of March 12, 2012.

Dated:  March 12, 2012          _/s/ Cris C. Vaughan__
                                Cris C. Vaughan,
                                Attorney for Defendant,
                                Patrick Blackwell


Dated:  March 13, 2012          _/s/ Scott N. Johnson
                                Scott N. Johnson,
                                Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

Dated:  March 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2