SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>    vs.<br><br>Daniel J. Friedman, et al,<br><br>    Defendants | Case No. **2:12-cv-00253-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the above-entitled action be and is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), each side to bear its own costs and attorney's fees.  The Clerk of Court is directed to close the file.

Dated:  March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-00253-MCE-KJN- 1